UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREQUENCY, LLC (f/k/a GOODRADIO.TX, LLC),   Index No. 07-CV-_____

    Plaintiff,

v.

CLEAR CHANNEL BROADCASTING, INC.,

    Defendant..

JUDGE CASTEL
07 CIV 7785

### ORDER TO FILE UNDER SEAL

Defendant Clear Channel Broadcasting, Inc. is filing a Notice of Removal in this Court. Attached to the Notice of Removal are pleadings that were filed in the Supreme Court of the State of New York. Pursuant to an August 20, 2007 order of that court, the County Clerk was directed to deny access to the entire file except to the parties, any attorneys who appeared therein and authorized Court personnel because of the confidential nature of the information at issue. Accordingly, it is hereby

ORDERED that all pleadings attached to Defendant's Notice of Removal and filed with this Court on August 31, 2007 in connection with the above-captioned matter shall be filed under seal.

Entered: August 31, 2007
         New York, NY

_____
United States District Judge
LAURA TAYLOR SWAIN U.S.D.J.

MICROFILM SEP - 4 2007