**ORIGINAL**

Ariane A. Qureshi
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
(212) 872-1000
Attorneys for Defendant

R. Laurence Macon
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent Street, Suite 1600
San Antonio, Texas 78205
(210) 281-7000
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
FREQUENCY, LLC (f/k/a GOODRADIO.TX, LLC), INC., :

                      Plaintiff, :

v. :

CLEAR CHANNEL BROADCASTING, INC., :

                      Defendant. :
------------------------------------------------------------------x

**JUDGE CASTEL**

**07 CIV 7785**

**DEFENDANT'S**
**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned counsel for Defendant certifies that Clear Channel Broadcasting, Inc. is an indirect subsidiary of Clear Channel Communications, Inc. No publicly-owned company directly or indirectly owns more than 10% of the stock of Clear Channel Broadcasting, Inc.

Dated:        New York, New York
              August 31, 2007

        Respectfully submitted,

        AKIN GUMP STRAUSS HAUER & FELD LLP

        By: /s/ Ariane A. Qureshi
        Ariane A. Qureshi
        590 Madison Avenue
        New York, New York 10022
        Telephone: (212) 872-1000
        Fax:           (212) 872-1002
        aaustin@akingump.com

        R. Laurence Macon
        300 Convent Street, Suite 1600
        San Antonio, Texas 78205
        Telephone: (210) 281-7000
        Fax:           (210) 224-2035
        lmacon@akingump.com

        Attorneys for Defendant Clear Channel
        Broadcasting, Inc.