ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE CASTEL

07 CIV 7785

FREQUENCY, LLC (f/k/a GOODRADIO.TX, LLC),

Plaintiff,

v.

CLEAR CHANNEL BROADCASTING, INC.,

Defendant..

Index No. 07-CV-_____

DECLARATION OF
ARIANE A. QURESHI IN
SUPPORT OF REQUEST
FOR ORDER TO FILE UNDER
SEAL

DECLARATION OF ARIANE A. QURESHI
IN SUPPORT OF REQUEST FOR ORDER TO FILE UNDER SEAL

I, Ariane A. Qureshi, declare and state as follows:

1.      My name is Ariane A. Qureshi. I am over the age of 21. I have never been arrested for or convicted of any crime, and I have personal knowledge of the facts contained herein, which are true and correct.

2.      I am licensed to practice law in the state of New York, and I am a senior counsel with the law firm of Akin Gump Strauss Hauer & Feld, LLP ("Akin Gump"). Akin Gump represents the Defendant Clear Channel Broadcasting, Inc., ("Clear Channel") in the above-captioned lawsuit.

3.      This action was originally commenced in the Supreme Court of the State of New York, County of New York, on August 20, 2007 by Plaintiff Frequency, LLC ("Frequency").

4.      At the time Frequency filed the lawsuit in state court, it requested that the complaint be filed under sealed because of the confidential nature of the parties' dispute. A copy

of Frequency's Request for Judicial Intervention is attached as Exhibit A. Pursuant to Justice Herman Cahn's August 20, 2007 order, the County Clerk was directed to deny access to the entire file except to the parties, any attorneys who appeared therein and authorized Court personnel because of the confidential nature of the information at issue. A copy of Judge Cahn's order is attached as Exhibit B.

5.   Clear Channel therefore requests that the materials attached to its Notice of Removal be filed under seal in accordance with Frequency's request and Justice Cahn's order.

6.   I swear under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on this 31st day of August 2007.

*[signature]*
ARIANE A. QURESHI

# EXHIBIT A

UCS-840 (REV

# REQUEST FOR JUDICIAL INTERVENTION

| SUPREME | COURT, | NEW YORK | COUNTY | For Clerk Only |
|---|---|---|---|---|
| INDEX NO. 602808-07 | | DATE PURCHASED: | 8/20/07 | |

PLAINTIFF(S):

FREQUENCY, LLC, f/k/a GOODRADIO.TV, LLC

IAS entry date

DEFENDANT(S):

CLEAR CHANNEL BROADCASTING, INC.

Judge Assigned

RJI Date

Date issue joined: _____    Bill of particulars served (Y/N):    [ ] Yes

**NATURE OF JUDICIAL INTERVENTION** (check **ONE** box only **AND** enter information)

[ ] Request for preliminary conference

[ ] Note of issue and/or certificate of readiness

[ ] Notice of motion (return date: )
    Relief sought _____

[X] Order to show cause
    (clerk enter return date: _____)
    Relief sought    Sealing of file

[ ] Other ex parte application (specify: )

[ ] Notice of petition (return date: )
    Relief sought _____

[ ] Notice of medical or dental malpractice action (specify: )

[ ] Statement of net worth

[ ] Writ of habeas corpus

[ ] Other (specify: )

**NATURE OF ACTION OR PROCEEDING** (Check **ONE** box only)

**MATRIMONIAL**
[ ] Contested                          -CM
[ ] Uncontested                        -UM

**COMMERCIAL**
[X] Contract                           -CONT
[ ] Corporate                          -CORP
[ ] Insurance (where insurer is a
    party, except arbitration)         -INS
[ ] UCC (including sales,
    negotiable instruments)            -UCC
[ ] *Other Commercial                  -OC

**REAL PROPERTY**
[ ] Tax Certiorari                     -TAX
[ ] Foreclosure                        -FOR
[ ] Condemnation                       -COND
[ ] Landlord/Tenant                    -LT
[ ] *Other Real Property               -ORP

**OTHER MATTERS**
[ ] * _____                     -OTH

* If asterisk used, please specify.

**TORTS**
**Malpractice**
[ ] Medical/Podiatric
[ ] Dental
[ ] *Other Professional

[ ] Motor Vehicle
[ ] *Products Liability

[ ] Environmental
[ ] Asbestos
[ ] Breast Implant
[ ] *Other Negligence

[ ] *Other Tort (including intentional)

**SPECIAL PROCEEDINGS**
[ ] Art. 75 (Arbitration)
[ ] Art. 77 (Trusts)
[ ] Art. 78
[ ] Election Law
[ ] Guardianship (MHL Art. 81)
[ ] *Other Mental Hygiene

[ ] *Other Special Proceeding

**Check "YES" or "NO" for each of the following questions:**

Is this action/proceeding against a

| YES | NO  |                            | YES | NO  |                              |
|-----|-----|----------------------------|-----|-----|------------------------------|
| [ ] | [X] | Municipality: (Specify __) | [ ] | [X] | Public Authority (Specify __)|

| YES | NO  |                                                                  |
|-----|-----|------------------------------------------------------------------|
| [ ] | [X] | Does this action/proceeding seek equitable relief?               |
| [ ] | [X] | Does this action/proceeding seek recovery for personal injury?   |
| [ ] | [X] | Does this action/proceeding seek recovery for property damage?   |

**Pre-Note Time Frames:**
(This applies to all cases except contested matrimonial and tax certiorari cases)

Estimated time period for case to be ready for trial (from filing of RJI to filing of Note of Is

[X] Expedited: 0-8 months      ☐ Standard: 9-12 months      ☐ Complex: 13-15 mont

**Contested Matrimonial Cases Only:** (Check and give date)

Has summons been served?                  ☐ No       ☐ Yes, Date _____

Was a Notice of No Necessity filed?       ☐ No       ☐ Yes, Date _____

**ATTORNEY(S) FOR PLAINTIFF(S)**

| Self Rep.* | Name | Address | Phone # |
|---|---|---|---|
| ☐ | Michael T. Reynolds CRAVATH, SWAINE & MOORE LLP | Worldwide Plaza 825 Eighth Avenue New York, NY 10019 | 212-474-1000 |
| ☐ | | | |

**ATTORNEY(S) FOR DEFENDANT(S):**

| Self Rep.* | Name | Address | Phone # |
|---|---|---|---|
| ☐ | | | |
| ☐ | | | |

*Self Represented: parties representing themselves, without an attorney, should check the "Self box and enter their name, address, and phone # in the space provided above for attorneys.

**INSURANCE CARRIERS:**

**RELATED CASES:** (IF NONE, write "NONE" below)
Title                           Index #            Court              Nature of Relati

   NONE

I AFFIRM UNDER PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, T
AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PR
BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated: August 20, 2007

_____
(SIGNATURE)

MICHAEL T. REYNOLDS
(PRINT OR TYPE NAME)

Plaintiff
ATTORNEY FOR

ATTACH RIDER SHEET IF NECESSARY TO PROVIDE REQUIRED INFORMATION

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

---------------------------------------------------------------x

FREQUENCY, LLC, f/k/a GOODRADIO.TV, LLC,

                             Plaintiff

               - against -

CLEAR CHANNEL BROADCASTING, INC.,

                            Defendant

---------------------------------------------------------------x

Index No. __602808__ /2007

STATEMENT IN SUPPORT OF REQUEST FOR ASSIGNMENT TO COMMERCIAL DIVISION

__MICHAEL T. REYNOLDS__, counsel for __FREQUENCY, LLC__, the Plaintiff in this matter, submits this Statement and the accompanying copy of the pleadings, pursuant to Section 202.70 (d) (2) of the Uniform Rules for the Trial Courts, in support of the request of said party for the assignment of this matter to the Commercial Division of this court.

(1) I have reviewed the standards for assignment of cases to the Commercial Division set forth in Section 202.70. This case meets those standards. I therefore request that this case be assigned to the Division.

(2) The sums at issue in this case (exclusive of punitive damages, interest, costs, disbursements, and counsel fees claimed) are equal to or in excess of the monetary threshold of the Division in this county as set out in Subdivision (a) of said Section, or equitable or declaratory relief is sought, in that __plaintiffs have been damaged by defendant's breach of contract in excess of $100,000__

(3) This case falls within the standards set out in Subdivision (b) of the Section and does not come within the groups of cases set out in Subdivision (c) that will not be heard in the Division, in that __it involves claims for breach of contract arising out of the sale of assets.__

Dated: __August 20, 2007__

                                                                                  _[signature]_ (Signature)
                                                                      Michael T. Reynolds, Esq.

                                                                      CRAVATH, SWAINE & MOORE LLP (Firm)
                                                                      825 Eighth Avenue (Address)
                                                                      New York, NY 10019
                                                                      212-474-1000 (Phone)
                                                                      212-474-3700 (Fax)
                                                                      mreynolds@cravath.com (E-Mail)

# EXHIBIT B

At an IAS Part 49 of the Supreme<br>
Court of the State of New York held in and<br>
for the County of New York at the Courthouse<br>
thereof, 60 Centre Street, New York, New<br>
York, on the 20th day of August 2007.

PRESENT:

Hon. Herman Cahn<br>
Justice.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| FREQUENCY, LLC, f/k/a GOODRADIO.TV, LLC<br><br>Plaintiff,<br>-against-<br><br>CLEAR CHANNEL BROADCASTING, INC.<br><br>Defendant. | Index No. 602908-07<br><br>**ORDER TO SHOW CAUSE<br>FOR ORDER DIRECTING<br>FILING OF DOCUMENTS<br>UNDER SEAL** |

Upon the annexed affirmation of Michael T. Reynolds, dated August 20, 2007, it is hereby

ORDERED that Defendant show cause before this Court at _____, IAS Part 49, Courtroom 232, 60 Centre Street, New York, New York 10007 on the 4th day of SEPTEMBER, 2007, at 2:00PM, why an order should not be entered pursuant to 22 N.Y.C.R.R. § 216.1 granting the following relief:

(a) that the pleadings, affidavits, exhibits, evidence, judgments, orders, decisions, transcripts of hearings and any other papers previously filed or to be filed in this proceeding be filed in a sealed envelope bearing the

caption, index number and an inscription "Filed Under Seal", and be kept in the custody of the Clerk of this Court or the County Clerk at the County Courthouse for the County of New York; and

(b) that the Clerk of this Court and the County Clerk not permit any person (other than the parties, any attorneys who have appeared herein and authorized court personnel) to examine, copy or peruse any of the aforesaid papers filed in a sealed envelope and bearing the inscription "Filed Under Seal" except by order of the Court upon prior application with notice to the attorneys who have appeared herein; and

ORDERED that pending the hearing of this motion, the Clerk of this Court and the County Clerk are directed to deny access to the entire file under the above caption and index number to all persons except the parties, any attorneys who have appeared herein, and authorized Court personnel; and it is further

s/ H.C.
J.S.C.

ORDERED that service by hand of a copy of this Order upon Defendant's AND THE SUMMONS AND COMPLAINT ~~counsel or~~ Defendant's authorized ~~representative~~ AGENT, on or before the 21st day of August, 2007, shall be deemed good and sufficient service and notice thereof.

ENTER,

s/ HERMAN CAHN

FILED
Aug. 20, 2007
N.Y. COUNTY
CLERK'S OFFICE

-2-

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| FREQUENCY, LLC, f/k/a GOODRADIO.TV, LLC<br><br>                                   Plaintiff,<br>-against-<br><br>CLEAR CHANNEL BROADCASTING, INC.<br><br>                                 Defendant. | AFFIRMATION OF<br>MICHAEL T. REYNOLDS<br><br>**FILED UNDER SEAL** |

       MICHAEL T. REYNOLDS, an attorney duly admitted to practice in the courts of the State of New York, hereby affirms the following under penalties of perjury pursuant to CPLR § 2106:

       1.     I am a member of the firm of Cravath, Swaine & Moore LLP, attorneys for plaintiff Frequency, LLC, f/k/a GoodRadio.TV, LLC ("Frequency") in the above-captioned action.

       2.     I submit this declaration in support of Frequency's IAS Part ____ Application to Seal the Complaint.

       3.     As described in the accompanying Complaint against Clear Channel Broadcasting, Inc. ("Clear Channel"), Frequency seeks damages and declaratory relief for Clear Channel's breach of an April 30, 2007 Asset Purchase Agreement ("APA") entered into between Frequency as Buyer and Clear Channel (and several of Clear Channel's corporate affiliates) as Seller, for the sale of certain radio stations and related assets.

       4.     In particular, Frequency alleges that Clear Channel has materially breached Section 2.15 and Section 4.1(a) of the APA by providing Frequency with

materially false financial statements. Frequency also alleges that Clear Channel materially breached those sections of the APA by operating the stations to be transferred to Frequency under the APA in a manner inconsistent with past practices and ordinary course of business practices, including but not limited to by eliminating marketing and promotion expenditures for those stations, by failing to keep or replace key employees at those stations, and by materially reducing capital expenditures at those stations.

5. Section 5.2 of the APA states:

<u>Announcements.</u> Prior to Closing, no party shall, without the prior written consent of the other, issue any press release or make any other public announcement concerning the transactions contemplated by this Agreement, except to the extent that such party is so obligated by law, in which case such party shall give advance notice to the other, and except that the parties shall cooperate to make a mutually agreeable announcement.

6. Section 5.2 of the APA forbids Frequency from making public the terms of the APA or making any public allegations in a Complaint about the transactions governed by the APA.

7. In a July 27, 2007 letter from Clear Channel (attached as Exhibit C to the Complaint), Clear Channel already took the position that it "is not in breach or default of the APA, and any public statement to that effect will expose [Frequency, LLC] to substantial liability".

8. In light of the foregoing, Frequency respectfully submits that good cause exists for the accompanying Complaint and its attachments to be filed under seal. For the same reasons, this declaration and the accompanying memorandum of law should be filed under seal. Therefore, Frequency requests that the accompanying proposed order be entered.

9. No prior application for this relief has been made.

Dated: August 20, 2007

Michael T. Reynolds