UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frequency, LLC (f/k/a GOODRADIO.TX, LLC), INC,<br><br>                              Plaintiff,<br><br>v.<br><br>Clear Channel Boradcasting, Inc.,<br><br>                              Defendant | Index No. 07-cv-7785<br>(NGG) (CLP)<br><br>**Affidavit of Service** |

State of New York)

          ) ss:

County of New York)

    I Kelly Owen, being duly sworn deposes and says that I am not a party to this action. I am over 18 years of age and reside in Staten Island, New York.

    That on the 4th day of September, 2007, I served a true and correct copy of the Notice of Removal, Notice of filing of Notice of Removal, Order and Declaration of Ariane A. Qureshi In Support of Request for Order to File Under Seal by hand and email upon:

> Michael T. Reynolds
> Cravath, Swaine & Moore LLP
> 825 8th Avenue
> New York, NY 10019
> mreynolds@cravath.com

                                               Kelly Owen

Sworn to before me this
September 4th, 2007

_____
Notary Public

JORGE A. GUZMAN
Notary Public, State of New York
No. 01GU6145376
Qualified in New York County
Commission Expires May 8, 20 10