CASTEL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREQUENCY, LLC (f/k/a GOODRADIO.TX, LLC), INC.

    Plaintiff,

v.

CLEAR CHANNEL BROADCASTING, INC.,

    Defendant.

No. 07-CIV-7785 (PKC)

**STIPULATION
EXTENDING TIME**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that Defendant's time to answer, move against, or otherwise respond to the complaint in the above-captioned action is extended to and including September 17, 2007.

Dated: September 10, 2007
      New York, New York

AKIN GUMP STRAUSS HAUER & FELD, LLP

By: _/s/ Ariane A. Qureshi_
Ariane A. Qureshi
590 Madison Avenue
New York, NY 10022-2525
Telephone: (212) 872-1063
Fax: (212) 872-1002
aaustin@akingump.com

R. Laurence Macon
300 Convent Street, Suite 1600
San Antonio, Texas 78205
Telephone: (210) 281-7000
Fax: (210) 224-2035
lmacon@akingump.com

COUNSEL FOR DEFENDANT

CRAVATH, SWAINE & MOORE LLP

By: _/s/ Michael Reynolds/ by MMG_
Michael T. Reynolds     _by permission._
825 8th Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
mreynolds@cravath.com

COUNSEL FOR PLAINTIFF

SO ORDERED:

_/s/_
U.S.D.J.
9-11-07

2