UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREQUENCY, LLC (f/k/a GOODRADIO.TX, LLC), INC.,

            Plaintiff,

v.

CLEAR CHANNEL BROADCASTING, INC.,

            Defendant.

No. 07-CIV-7785 (PKC)

**NOTICE OF APPEARANCE**

---

TO:    Michael T. Reynolds, Esq.
         Max R. Shulman, Esq.
         Cravath, Swaine & Moore LLP
         825 8th Avenue
         New York, NY 10019
         212-474-1000
         mreynolds@cravath.com
         mshulman@cravath.com
         Attorneys for Plaintiff

       **PLEASE TAKE NOTICE** that Defendant Clear Channel Broadcasting, Inc. ("Defendant") appears in this action by its undersigned counsel, Ariane A. Qureshi. Ms. Qureshi appears on behalf of Defendant in addition to R. Laurence Macon, whose *pro hac vice* motion will be filed imminently.

Dated: September 11, 2007
       New York, New York

                      By:    /s/ Ariane A. Qureshi
                      Ariane A. Qureshi (AA-1759)
                      AKIN GUMP STRAUSS HAUER & FELD LLP
                      590 Madison Avenue
                      New York, New York 10022-2524
                      (212) 872-1000 (Telephone)
                      (212) 872-1002 (Facsimile)
                      aaustin@akingump.com

R. Laurence Macon (*pro hac vice* to be filed)
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent Street, Suite 1600
San Antonio, Texas 78205
Tel: (210) 281-7000
Fax: (210) 224-2035
lmacon@akingump.com

*Attorneys for Defendant Clear Channel Broadcasting, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of September, 2007, I caused true and correct copies of the foregoing Notice of Appearance to be served via electronic delivery upon the following:

The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Michael T. Reynolds, Esq.
Max R. Shulman, Esq.
Cravath, Swaine & Moore LLP
825 8th Avenue
New York, NY 10019
212-474-1000
mreynolds@cravath.com
mshulman@cravath.com

*Attorneys for Plaintiff*


Dated:   September 11, 2007
         New York, New York


_____
Ariane A. Qureshi