UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREQUENCY, LLC, f/k/a GOODRADIO.TV, LLC<br><br>                                               Plaintiff,<br>-against-<br><br>CLEAR CHANNEL BROADCASTING, INC.<br><br>                                               Defendant. | 1:07-cv-07785 (PKC)<br>ECF Case<br><br>**Plaintiff's Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Frequency, LLC certifies the following: Frequency Holdings, LLC, is the direct parent of Frequency, LLC, and no publicly held corporation owns 10 percent or more of the stock of Frequency, LLC.

Dated: September 11, 2007

                              CRAVATH, SWAINE & MOORE LLP

                                    by
                                        /s/ Michael T. Reynolds
                                        Max R. Shulman
                                        Michael T. Reynolds
                                        Members of the Firm

                                    Attorneys for Plaintiff
                                    Worldwide Plaza
                                    825 Eighth Avenue
                                    New York, NY 10019
                                    (212) 474-1000