ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREQUENCY, LLC (f/k/a GOODRADIO.TX, LLC), INC.,

          Plaintiff,

v.

CLEAR CHANNEL BROADCASTING, INC.,

          Defendant.

07-CIV-7785 (PKC)

**MOTION FOR ADMISSION**
*PRO HAC VICE*

---

    Ariane A. Qureshi, an attorney with the law firm Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, 42nd Floor, New York 10022, an attorney in good standing before the United States District Court for Southern District of New York and counsel to Defendant, Clear Channel Broadcasting, Inc., respectfully requests this Court to admit to practice before this Court *pro hac vice* R. Laurence Macon, Esq., pursuant to Local Rule 1.3(c). Mr. Macon is a partner with the law firm Akin Gump Strauss Hauer & Feld LLP, 300 Convent Street, Suite 600, San Antonio, Texas 78205.

    Mr. Mason is a member in good standing of the Bar of the State of Texas.

    Mr. Macon has unique knowledge of the facts and law pertinent to the above-captioned action, such that his appearance is necessary. The Affirmation of Ariane A. Qureshi, Esq. is annexed hereto and incorporated by reference.

WHEREFORE, the movant respectfully requests that the Court enter an Order in the form annexed hereto granting admission *pro hac vice* of R. Laurence Macon, Esq., to appear and participate in the above-captioned matter before this Court and for such other and further relief as the Court deems equitable and just.

        Respectfully submitted,

        AKIN GUMP STRAUSS HAUER & FELD LLP

        By: _____
        Ariane A. Qureshi (AA-1759)
        590 Madison Avenue
        New York, New York 10022-2524
        (212) 872-1063 (Telephone)
        (212) 872-1002 (Facsimile)
        aaustin@akingump.com

        *Attorneys for Defendant Clear Channel Broadcasting, Inc.*

Dated: New York, New York
       September 24, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREQUENCY, LLC (f/k/a GOODRADIO.TX, LLC), INC.,

        Plaintiff,

v.

CLEAR CHANNEL BROADCASTING, INC.,

        Defendant.

07-CIV-7785 (PKC)

**AFFIRMATION OF
ARIANE A. QURESHI, ESQ.**

---

I, ARIANE A. QURESHI, ESQ., affirm under penalty of perjury as follows:

1. I am an attorney with the law firm Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, 42nd Floor, New York, New York 10022, counsel for the Defendant.

2. I am currently an attorney in good standing before the United States District Court for Southern District of New York.

3. R. Laurence Macon is a partner with the law firm Akin Gump Strauss Hauer & Feld LLP, 300 Convent Street, Suite 600, San Antonio, Texas 78205. Mr. Macon is a member of good standing for the Bars of the State of Texas.

4. A true copy of Mr. Macon's Certificate of Good Standing from the Bar of the State of Texas is attached hereto as Exhibit A.

5. Mr. Macon has unique knowledge of the facts and law pertinent to the above-captioned action, such that his appearance is necessary.

By: /s/ Ariane A. Qureshi
       Ariane A. Qureshi

Dated: New York, New York
       September 24, 2007

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

September 18, 2007

RE:   **Mr. Richard L. Macon**
      State Bar Number - **12787500**

To Whom it May Concern:

This is to certify that Mr. Richard L. Macon was licensed to practice law in Texas on April 20, 1972 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of September, 2007, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* to be served by e-mail and first class mail upon the following:

Max R. Shulman, Esq.
Michael T. Reynolds, Esq.
Cravath, Swaine & Moore LLP
825 8th Avenue
New York, NY 10019
212-474-1000
mshulman@cravath.com
mreynolds@cravath.com

*Attorneys for Plaintiff*

Dated: September 24, 2007
New York, New York

_____
Ariane A. Qureshi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREQUENCY, LLC (f/k/a GOODRADIO.TX, LLC),
INC.,

        Plaintiff,

v.

CLEAR CHANNEL BROADCASTING, INC.,

        Defendant.

07-CIV-7785 (PKC)

**ORDER ADMITTING COUNSEL**
*PRO HAC VICE*

---

    This matter having been presented to the Court upon the motion of Ariane A. Qureshi, an attorney with the law firm Akin Gump Strauss Hauer & Feld LLP, counsel for the Defendant, and the Court having considered the facts as set forth in the supporting Affirmation of Ariane A. Qureshi, Esq., and good cause having been shown for the relief specified herein,

    IT IS HEREBY ORDERED  on this _____ day of September, 2007, that R. Laurence Macon, Esq., of the law firm Akin Gump Strauss Hauer & Feld LLP, 300 Convent Street, Suite 600, San Antonio, Texas 78205 is admitted *pro hac vice* to appear and participate in this case before this Court  in accordance with Local Rule 1.3..

                              By: _____
                                    United States District Judge

Dated: _____, 2007