UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

FREQUENCY, LLC (f/k/a GOODRADIO.TX, LLC), INC.,

    Plaintiff,

v.

CLEAR CHANNEL BROADCASTING, INC.,

    Defendant.

07-CIV-7785 (PKC)

ORDER ADMITTING COUNSEL
*PRO HAC VICE*

This matter having been presented to the Court upon the motion of Ariane A. Qureshi, an attorney with the law firm Akin Gump Strauss Hauer & Feld LLP, counsel for the Defendant, and the Court having considered the facts as set forth in the supporting Affirmation of Ariane A. Qureshi, Esq., and good cause having been shown for the relief specified herein,

IT IS HEREBY ORDERED on this 25th day of September, 2007, that R. Laurence Macon, Esq., of the law firm Akin Gump Strauss Hauer & Feld LLP, 300 Convent Street, Suite 600, San Antonio, Texas 78205 is admitted *pro hac vice* to appear and participate in this case before this Court in accordance with Local Rule 1.3..

By: _____
United States District Judge

Dated: 9-25, 2007