# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07

Max. R. Shulman, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1890

R. Laurence Macon, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205-3732
(210) 281-7222

September 25, 2007

Frequency, LLC v. Clear Channel Broadcasting, Inc.,
No. 07-CV-7785 (PKC)

Dear Judge Castel:

Plaintiff in this case intends to file an Amended Complaint. Defendant believes that certain allegations in the Amended Complaint contain confidential information that is covered by a nondisclosure agreement and that should not be publicly disclosed. The parties have agreed to file the Amended Complaint under seal and to file a redacted version of the Amended Complaint publicly. We, therefore, jointly request that your Honor enter the enclosed Stipulation and Order.

Respectfully submitted,

R. Laurence Macon
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205-3732

Max R. Shulman
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*The parties are required to submit a memorandum and, if appropriate, supporting affidavit demonstrating why any portion of the Amended Complaint should be sealed. See United States v. Amodeo, 44 F.3d 141 (2d Cir. 1995); Lugosch v. Pyramid, 435 F.3d 110 (2d Cir. 2006).*

*SO ORDERED.*

U.S.D.J.
9-26-07