## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 2nd day of October, 2007, I caused a true and correct copies of the foregoing: Notice of Motion to Dismiss; Defendant's Motion to Dismiss or in the Alternative, Stay; Declaration of Andrew W. Levin in Support of Defendant's Motion to Dismiss or Stay; Declaration of Dirk G. Eller in Support of Defendant's Motion to Dismiss or Stay; Declaration of Melanie G. Cowart in Support of Defendant's Motion to Dismiss or Stay; and Memorandum of Law in Support of Defendant's Motion to Dismiss or Stay, to be served by e-mail and first class mail upon the following:

    Max R. Shulman, Esq.
    Michael T. Reynolds, Esq.
    Cravath, Swaine & Moore LLP
    825 8th Avenue
    New York, NY 10019
    212-474-1000
    mshulman@cravath.com
    mreynolds@cravath.com

    *Attorneys for Plaintiff*

Dated:  October 2, 2007
        New York, New York

                                    _____
                                            Ariane A. Qureshi