USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/12·07_

ADDENDUM TO
CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER
Frequency, LLC v. Clear Channel Broadcasting, Inc.
07 Civ. 7785 (PKC)

Notwithstanding any other provision, no document may be filed with the

Clerk under seal without a further Order of this Court addressing the specific documents

to be sealed. Any application to seal shall be accompanied by an affidavit and

memorandum of law, demonstrating that the standards for sealing have been met and

specifically addressing United States v. Amodeo, 44 F.3d 141, 145 (2d Cir. 1995)

('Amodeo I") and Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-120 (2d Cir.

2006). Without any further application to the Court, the following may be redacted from

any letter, memorandum, exhibit, deposition testimony or other document to be filed with

the Clerk: social security numbers, taxpayer-identification numbers, financial account

numbers, and names of minor children (replaced by initials); where a redaction has been

made, the fact of the redaction shall be noted on the page where it has occurred.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       December 12, 2007