

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREQUENCY, LLC, f/k/a GOODRADIO.TV, LLC,

                Plaintiff,

-against-

CLEAR CHANNEL BROADCASTING, INC.,

                Defendant.

---

07-Civ-07785 (PKC)
ECF Case

## STIPULATION AND ORDER EXTENDING SCHEDULING ORDER DEADLINES AND ADJOURNING CASE MANAGEMENT CONFERENCE

WHEREAS, the parties have been proceeding with discovery pursuant to the Civil Case Management Plan and Scheduling Order, dated November 16, 2007 (the "Scheduling Order");

WHEREAS, the parties have exchanged requests for documents and interrogatories and responses to such requests, and have produced and continue to produce documents responsive to such requests;

WHEREAS, Defendant has conducted one deposition, and Plaintiff has noticed several depositions;

WHEREAS, pursuant to the Court's recommendation in paragraph 10(c) of the Scheduling Order that the parties retain a mediator before the close of fact discovery, the parties have agreed to mediate their disputes in this and the related-action Clear Channel Broadcasting, Inc., et al. v. Frequency, LLC, et al., Cause No. CI-12493, pending in the District Court of Bexar County, Texas;

WHEREAS, the mediation session is currently scheduled for April 7, 2008, in Dallas, Texas;

WHEREAS, the parties have agreed to extend future deadlines in the scheduling order, pending mediation; and

WHEREAS, this is the parties' second request for an extension of time in this matter;

IT IS HEREBY STIPULATED AND AGREED by and among the parties through their undersigned counsel that:

1. The last day of fact discovery shall be extended from May 1, 2008, to June 2, 2008;

2. The last day to conduct depositions shall be extended from May 1, 2008, to June 2, 2008;

3. The last day to serve Requests to Admit shall be extended from March 17, 2008, to April 25, 2008;

4. The last day to complete expert discovery shall be extended from July 15, 2008, to August 15, 2008; and

5. The date of the next Case Management conference shall be adjourned from May 30, 2008, at 11:30 a.m. to June 3̶0̶ 27, 2008, at 11:30 a.m.     PKC

March 11, 2008

CRAVATH, SWAINE & MOORE LLP

by /s/ 
Max R. Shulman
Michael T. Reynolds
Members of the Firm

825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Plaintiff*

AKIN GUMP STRAUSS HAUER & FELD LLP

by   R. Laurence Macon
Larry Macon
A Member of the Firm

300 Convent St., Suite 1500
San Antonio, TX 78205
(210) 281-7000

*Attorneys for Defendant*

SO ORDERED this 12th day of March, 2008.

/s/
The Honorable P. Kevin Castel
United States District Court Judge

3