```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREQUENCY, LLC, f/k/a GOODRADIO.TV, LLC,

                          Plaintiff,

    -against-

CLEAR CHANNEL BROADCASTING, INC.,

                          Defendant.

07-Civ-07785 (PKC)
ECF Case

### STIPULATION AND ORDER EXTENDING SCHEDULING ORDER DEADLINES AND ADJOURNING CASE MANAGEMENT CONFERENCE

WHEREAS, the parties have been proceeding with discovery pursuant to the Civil Case Management Plan and Scheduling Order, dated November 16, 2007 (the "Scheduling Order");

WHEREAS, the parties have exchanged requests for documents and interrogatories and responses to such requests, and have produced and continue to produce documents responsive to such requests;

WHEREAS, Defendant has noticed three depositions and conducted one, and Plaintiff has noticed several depositions;

WHEREAS, pursuant to the Court's recommendation in paragraph 10(c) of the Scheduling Order that the parties retain a mediator before the close of fact discovery, the parties have agreed to mediate their disputes in this and the related-action Clear Channel Broadcasting, Inc., et al. v. Frequency, LLC, et al., Cause No. CI-12493, pending in the District Court of Bexar County, Texas;

WHEREAS, the mediation session previously scheduled for April 7, 2008, has been rescheduled to May 21, 2008;

WHEREAS, the parties have agreed to extend future deadlines in the scheduling order, pending mediation; and

WHEREAS, this is the parties' third request for an extension of time in this matter;

IT IS HEREBY STIPULATED AND AGREED by and among the parties through their undersigned counsel that:

1. The last day of fact discovery shall be extended from June 2, 2008, to July 14, 2008;

2. The last day to conduct depositions shall be extended from June 2, 2008, to July 14, 2008;

3. The last day to serve Requests to Admit shall be extended from April 25, 2008, to June 6, 2008;

4. The last day to complete expert discovery shall be extended from August 15, 2008, to September 26, 2008; and

5. The date of the next Case Management conference shall be adjourned from June 27, 2008, at 11:30 a.m. to ~~August 8~~ Sept 5, 2008, at ~~11:30~~ 11:00 a.m.

PKC

Dated: April 23, 2008

                      CRAVATH, SWAINE & MOORE LLP

                      by _____

                           Max R. Shulman
                           Michael T. Reynolds
                           Members of the Firm

                      825 Eighth Avenue
                      New York, NY 10019
                      (212) 474-1000

                      *Attorneys for Plaintiff*


                      AKIN GUMP STRAUSS HAUER & FELD LLP

                      by _____
                           R. Laurence Macon
                           A Member of the Firm

                      300 Convent St., Suite 1600
                      San Antonio, TX 78205
                      (210) 281-7000

                      *Attorneys for Defendant*

SO ORDERED this 24th day of April, 2008.

_____
The Honorable P. Kevin Castel
United States District Court Judge